IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

HOWARD VERDINE HAMMONDS,

  Plaintiff,

v.              7:08-CV-162(WLS)

SHERIFF ASHLEY PAULK, *et al.*,

  Defendants.

### ORDER

  Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed February 9, 2009. (Doc. 4). It is recommended that Plaintiff's claims against Lowndes County Board of Commissioners be dismissed and the same be terminated from this action. *Id.* This recommendation comes as a result of the preliminary review of Plaintiff's Complaint required pursuant to 28 U.S.C. § 1915(e)(2). No objection has been filed to date.[1]

  Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 4) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's claims against Defendant Lowndes County Board of Commissioners are **DISMISSED.**

  SO ORDERED, this 2nd day of June, 2009.

                   /s/ W. Louis Sands
                   THE HONORABLE W. LOUIS SANDS,
                   UNITED STATES DISTRICT COURT

---

[1] The Court notes here that the copy of the Report and Recommendation sent to Plaintiff after it was filed on February 9, 2009 was returned as undeliverable on February 17, 2009. Thereafter, Plaintiff filed a Notice of Change of Address on February 18, 2009. The same day, a copy of the Report and Recommendation was resent to Plaintiff. Despite Plaintiff's apparent receipt of the resent copy of the Report and Recommendation, no objection(s) was filed.

1